IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI GOTTESDIENER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:08-cv-799-RJL |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO SET TIME TO ANSWER**

DEFENDANT, Internal Revenue Service, by and through its attorneys, moves the Court to grant the defendant up to and including **August 15, 2008,** in which to file its answer or other responsive pleading to the complaint. In support of this motion, the defendant states:

1.  On May 8, 2008, the plaintiff, Eli Gottesdiener, filed a complaint seeking access to records allegedly maintained by the Internal Revenue Service ("the Service"), pursuant to the Freedom Of Information Act ("FOIA"), 5 U.S.C. § 552. (doc. # 1.)

2.  The plaintiffs have not served the summons and complaint on the defendant in accordance Fed.R. Civ.P. 4. Rule 4(i) sets forth the requirements of service of process upon the United States and its agencies and officers. The rule prescribes that service upon the United States shall be effected by delivering a copy of the summons and complaint to the United States Attorney by hand delivery or by registered or certified mail, and to the Attorney General of the United States by registered or certified mail. Fed.R.Civ.P 4(i)(1). Rule 4(i)(2) provides that service upon agencies is effected by serving the United States in the manner prescribed by Rule 4(i)(1) and by also sending a copy of the summons and complaint by registered or certified mail to the agency. *As of this date, service has not been made on the defendant pursuant to Rule 4.*

3. On April 9, 2008, plaintiff's counsel, Eli Gottesdiener, Esquire, had previously filed a related case against the Service in this Court apparently raising similar matters under the FOIA. *Eli Gottesdiener v. Internal Revenue Service*, No. 1-08-cv-618-RCL. Although this case is clearly related to civil action no. 1-08-618, Mr. Gottesdiener failed to designate this case as a related case to civil action no. 1-08-cv-618, as required by LCvR 40.5.

4. In late June, 2008, immediately upon learning that the related FOIA cases had been filed against the Service, defendant's counsel, Michael J. Salem, Esquire, made a telephone inquiry to Mr. Gottesdiener to discuss plaintiffs failure to serve the United States as required by Fed.R.Civ.P. 4, and failure to designate civil action no. 1-08-cv-688 as a related case as required by LCvR 40.5. *As of this date, Mr. Gottesdiener has not returned Mr. Salem's telephone call.*

5. Mr. Salem also forwarded a copy of the complaints in the related FOIA cases to the National Office of the Service and requested the National Office to prepare a litigation report for the cases, in accordance with the usual practice of the Tax Division, so that the two cases could be expeditiously litigated once the procedural defects were cured. The Service is preparing the litigation reports. It is anticipated that the litigation reports will be prepared in sufficient time to enable the defendant to file it answer or other responsive pleading to the complaint on or before **August 15, 2008**.

6. Accordingly, the defendant respectfully requests the Court to allow it up to and including **August 15, 2008**, in which to file its answer or other responsive pleading to the complaint. The granting of this motion will enable this case, and the related case (civil action no. 1:08-cv-618), to be litigated expeditiously. A proposed Order Setting Time To Answer is being filed with this motion for entry by the Court.

DATE: July 23, 2008.

                        Respectfully submitted,

                        /s/ Michael J. Martineau
                        _____

                        DAVID A. HUBBERT
                        MICHAEL J. SALEM
                        MICHAEL J. MARTINEAU
                        Trial Attorneys, Tax Division
                        U. S. Department of Justice
                        Post Office Box 227
                        Washington, DC  20044
                        Telephone:  (202) 307-6483
                        michael.J.martineau@usdoj.gov
                        Attorney for Defendant

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing DEFENDANT'S MOTION TO SET TIME TO ANSWER was caused to be served upon plaintiffs' counsel on the 23rd day of July, 2008, in accordance with the Court's ECF procedures.

        Eli Gottesdiener
        GOTTESDIENER LAW FIRM
        1025 Connecticut Avenue, N.W., Suite 1000
        Washington, D.C. 20036
        Eli@gottesdienerlaw.com


        /s/ Michael J. Martineau
        ―――――――――――――――
        MICHAEL J. MARTINEAU

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELI GOTTESDIENER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:08-cv-799-RJL |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING DEFENDANT'S TIME TO ANSWER**

Upon consideration of the Defendant's Motion To Set Time To Answer, and

The Court finding that good cause exists for the granting of said motion, it is hereby

ORDERED that the Defendant's Motion To Set Time To Answer be and hereby is

GRANTED; and it is further

ORDERED that the Internal Revenue Service shall have up to and including **August 15, 2008,** in which to file its answer or other responsive pleading to the complaint.

IT is so ORDERED:

_____
RICHARD J. LEON
United States District Judge

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing ORDER SETTING DEFENDANT'S TIME TO ANSWER was caused to be served upon plaintiffs' counsel on the 23rd day of July, 2008, in accordance with the Court's ECF procedures.

    Eli Gottesdiener
    GOTTESDIENER LAW FIRM
    1025 Connecticut Avenue, N.W., Suite 1000
    Washington, D.C. 20036
    Eli@gottesdienerlaw.com


    /s/ Michael J. Martineau
    _____
    MICHAEL J. MARTINEAU