IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELI GOTTESDIENER**, : | |
| : | |
| Plaintiff, : | |
| : | 08-CV-799 (RJL) |
| v. : | |
| : | |
| **INTERNAL REVENUE SERVICE**, : | |
| : | |
| Defendant. : | |

**PLAINTIFF'S REPLY TO THE GOVERNMENT'S OPPOSITION
TO PLAINTIFF'S MOTION TO TRANSFER RELATED CASE**

The just, speedy, and inexpensive administration of litigation is not served if identical parties have factually-related cases pending before two different judicial officers. Plaintiff, who has been denied access in some cases for over a year and a half to documents required by law to be available for public inspection upon written request, is indifferent to which judicial officer presides over his two FOIA actions but he does respectfully urge the Court to do what it can to see that his two cases end up in front of just one judge.

The government has filed an opposition (Doc. 5) to Plaintiff's request that the Court transfer this case (*"Gottesdiener I"*), to the Calendar and Case Management Committee in accordance with Local Rule 40.5 for possible reassignment to Judge Lamberth who is presiding over an earlier filed action, *Gottesdiener v. Internal Revenue Service,* 08-CV-618 (RCL) (*"Gottesdiener I"*). Plaintiff did not understand the basis for the government's objection to the instant motion prior to its filing and, having read its formal opposition, still does not understand the basis for its objection.

The government concedes the cases are factually related. It even reproduces its August 7 email to Plaintiff stating that it "has no objection to a motion asking Judge Leon to transfer *Gottesdiener II* to Judge Lamberth's docket" and indeed that the government would "gladly consent to plaintiff's motion" (*provided* Plaintiff abandons his opposition to the government's pending motion to vacate the default entered by Judge Lamberth in *Gottesdiener I*). The government, in other words, agrees in substance that this case should be transferred to Judge Lamberth's docket. While the government's desire to have Plaintiff withdraw his opposition to its motion to vacate the default in *Gottesdiener I* may be understandable, that Plaintiff has chosen to decline the government's request does not provide the government with a sound basis for opposing a request that implicates the interests not just of the parties but of the Court and other litigants in the judicial system. Indeed, the fact that Plaintiff will not abandon his position as to *Gottesdiener I* only makes transfer more appropriate because it means that Judge Lamberth will soon become even more familiar with the parties' disputes than he already is.

## Conclusion

Wherefore, for the reasons stated herein and for such reasons as may appear to the Court, Plaintiff respectfully submits the instant motion be granted.

Respectfully submitted

 /s/ *Eli Gottesdiener*
Eli Gottesdiener (D.C. Bar No. 420764)
GOTTESDIENER LAW FIRM, PLLC
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036
Email:  eli@gottesdienerlaw.com
Telephone:  (202) 243-1000
Facsimile:   (202) 243-1001